# First District Court of Appeal
## State of Florida

———————————————

No. 1D2024-0166

———————————————

Kenneth E. Rickerson,

Appellant,

v.

Dept. of Corrections, et al.,

Appellees.

———————————————

On appeal from the County Court for Leon County.
Monique Richardson, Judge.

May 29, 2024

Per Curiam.

The Court dismisses this appeal as untimely. *See* Fla. R. App. P. 9.110(b); Fla. R. App. P. 9.141(b)(1).

B.L. Thomas, Bilbrey, and Winokur, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Kenneth E. Rickerson, pro se, Appellant.

Dan Johnson, General Counsel, Department of Corrections, Tallahassee, for Appellees.